432 A.2d 258

Commonwealth v. Conklin, III, Appellant.

Submitted April 16, 1980. Joseph C. Barnhart, for appellant;

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Richard A. Hernan, District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

PRICE, J., filed a memorandum dissenting statement.